No. 4853.—Benítez, apldo., v. Crescioni, aplte.—C. D. San Juan. Enero 22, 1929. Habiendo sido aprobada la transcripción de la evidencia en este caso

el día 16 de noviembre de 1928 y no habiendo el apelante realizado ninguna otra gestión a fin de proseguir su apelación, se declara con lugar la moción y por tanto se desestima el recurso de apelación establecido en este caso por el demandado.